**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Tashandla JACKSON, Defendant–
Appellant.**

**No. 09–50281
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 8, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Kimberly S. Keller, The Keller Law Firm, San Antonio, TX, for Defendant–Appellant.

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Tashandla Jackson has moved for leave to withdraw and has filed a brief in accor-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

dance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jackson has filed a response and a motion for the appointment of new appellate counsel. Jackson's motion is denied.

Our independent review of the record, counsel's brief, and Jackson's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.